United States District Court

Eastern District of California

Gregorio Funtanilla,

     Petitioner,                     No. Civ. S-01-2262 MCE PAN P

  vs.                             Order

Cheryl Pliler,

     Respondent.

-oOo-

May 19, 2005, petitioner requested an extension of time to file and serve objections to the April 27, 2005, findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: May 31, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge