1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12  GREGORIO C. FUNTANILLA, JR.          No. CIV-S-01-2262 MCE/PAN P

13            Petitioner,

14       v.                             ORDER

15  CHERYL PLILER

16            Respondent.
    _____/

17

18       July 26, 2005, the court dismissed this action and the clerk

19  of the court duly entered judgment.  Petitioner seeks relief from

20  judgment upon grounds asserted in his untimely objections to the

21  April 27, 2005, findings and recommendations.

22       Pursuant to Fed. R. Civ. P. 60(b):

23       On motion and upon such terms as are just, the court
         may relieve a party or a party's legal representative
24       from a final judgment, order or proceeding for the
         following reasons: (1) mistake, inadvertence, surprise,
25       or excusable neglect; (2) newly discovered evidence

26

1 | which by due diligence could not have been discovered
in time to move for a new trial under Rule 59(b); (3)
2 | fraud (whether heretofore denominated intrinsic or
extrinsic), misrepresentation, or other misconduct of
3 | an adverse party; (4) the judgment is void; (5) the
judgment has been satisfied, released or discharged, or
4 | a prior judgment upon which it is based has been
reversed or otherwise vacated, or it is no longer
5 | equitable that the judgment should have prospective
application; or (6) any other reason justifying relief
6 | from the operation of the judgment.

7 |   Petitioner does not demonstrate he is entitled to relief

8 | from judgment.  Accordingly, petitioner's August 5, 2005, request

9 | is DENIED.

10 |   IT IS SO ORDERED.

11 | DATE: September 1, 2005

12

13

14 |                    _____
  |                    MORRISON C. ENGLAND, JR
15 |                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

1
```
/funt2262.dny rel fr jdgmnt [hc]
```
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26