IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO C. FUNTANILLA, JR.,  No. CIV-S-01-2262 MCE/PAN P

      Petitioner,

  v.  <u>ORDER</u>

CHERYL PLILER,

      Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 26, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

///

1

1 | The court must either issue a certificate of appealability
2 | indicating which issues satisfy the required showing or must
3 | state the reasons why such a certificate should not issue.  Fed.
4 | R. App. P. 22(b).
5 |     For the reasons set forth in the magistrate judge's April
6 | 27, 2004,  findings and recommendations, petitioner has not made
7 | a substantial showing of the denial of a constitutional right.
8 | Accordingly, a certificate of appealability should not issue in
9 | this action.
10 |     IT IS SO ORDERED.
11 | DATED: November 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE